IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL D. MARLIN,
REG. #08387-003                                                                                    PLAINTIFF

v.                                            2:10CV00009DPM/JTK

RICHIE MARQUEZ, et al.                                                                    DEFENDANTS

ORDER

    This matter is before the Court on the defendants' motion to dismiss (Doc. No. 16). As of this date, plaintiff has not filed a response to the motion. Accordingly,

    IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion to dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

    IT IS SO ORDERED this 25th day of May, 2010.

_____
United States Magistrate Judge