IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL D. MARLIN                                               PLAINTIFF
REG. #08387-003

v.                    Case No. 2:10-cv-9-DPM-JTK

RICHIE MARQUEZ and
GREG THOMPSON                                                  DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommended Disposition — to which Michael Marlin objected, *Document No. 40*. After conducting a *de novo* review, the Court partially adopts Magistrate Judge Kearney's proposed findings and recommended disposition, *Document No. 38*. Marlin's *in forma pauper* status is revoked and his complaint, *Document No. 2*, is dismissed without prejudice under 28 U.S.C.A. § 1915(g).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 Sept. 2010